IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

SPARTANBURG DIVISION

| | | |
|---|---|---|
| NBSC, a division of Synovus Bank, | ) | CA 7:17-cv-00737-MGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER FOR DEFICIENCY** |
| | ) | **JUDGMENT** |
| Clarence W. Webber a/k/a Clarence Webber III a/k/a Clarence W. Webber, III a/k/a Clarence William Webber, III; Arthur State Bank; Ditech Financial LLC; Catherine E. Wingo; Karen E. Hollifield; South Carolina Department of Revenue; Discover Bank and United States of America, by and through its agency, the Internal Revenue Service, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Pursuant to the Consent Order for Foreclosure and Sale filed in the above captioned case on August 14, 2017, the Plaintiff is entitled to a personal deficiency judgment against Clarence W. Webber a/k/a Clarence Webber III a/k/a Clarence W. Webber, III a/k/a Clarence William Webber, III, as follows:

| | |
|---|---:|
| Amount of foreclosure judgment entered by the Court, as of August 7, 2017 | $1,078,168.09 |
| Plus: Interest at 3.0% per annum from August 7, 2017 through January 11, 2018 (157 days at $77.33 per day) | $12,140.81 |
| Plus:  Advertising Cost | $728.00 |
|          US Marshal Fees | $500.00 |
| Less Sale Proceeds: | -$700,000.00 |

| TOTAL: | $391,536.90 |
|---|---|

AND IT IS SO ORDERED.

 s/Mary Geiger Lewis
United States District Court Judge

January 30, 2018
Columbia, South Carolina